### UNITED STATES of America, Plaintiff–Appellee,

v.

### Cosmo MOORE, Defendant–Appellant.

No. 11–10276
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 22, 2011.

Peter J. Sholl, W. Stephen Muldrow, Robert E. O'Neill, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Daniel Francis Daly, Attorney at Law, Gainesville, FL, for Defendant–Appellant.

Cosmo Moore, Terre Haute, IN, pro se.

Before HULL, MARCUS and PRYOR, Circuit Judges.

PER CURIAM:

Daniel Francis Daly, appointed counsel for Cosmo Moore in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Moore's conviction and sentence are **AFFIRMED.**

Furthermore, Moore's motion to seal this case's record and limit public access to its docket entries is **GRANTED**. Additionally, Moore's motion to appoint new counsel is **DENIED** as moot.